UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation; TRAVELERS INDEMNITY COMPANY d/b/a CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>INTERSTATE FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>              Defendant. | CASE NO. C12-1502-RSM<br><br>ORDER REMANDING CASE |

This matter comes before the Court on Defendant Interstate Fire and Casualty Company's ("Interstate") Response to the Order to Show Cause ("Response"). Dkt. # 53. In the Order to Show Cause issued on June 6, 2013, the Court directed Interstate to address the propriety of remand in this action. Dkt. # 50. Interstate's response concedes that it cannot

ORDER REMANDING CASE - 1

1    meet its burden to demonstrate federal diversity jurisdiction. Dkt. # 53.[1] Accordingly, because

2    the Court lacks jurisdiction over this matter, the Clerk is directed to remand the case to King

3    County Superior Court under case number 12-2-26260-8 SEA.

4        It is so ORDERED.

6        Dated this 25 day of June 2013.

                             RICARDO S. MARTINEZ
                             UNITED STATES DISTRICT JUDGE

---

[1] The Court declines to address Plaintiff Travelers Indemnity Company's <u>uninvited</u> response to the Show Cause Order (Dkt. # 52).

ORDER REMANDING CASE - 2